UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TERRANCE KNIGHT BENOIT** <br> LA. DOC #489486 <br> VS. <br><br> **WARDEN BURL CAIN** | **CIVIL ACTION NO. 6:12-cv-2856** <br><br> **SECTION P** <br><br> **JUDGE REBECCA F. DOHERTY** <br><br> **MAGISTRATE JUDGE C. MICHAEL HILL** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be deemed successive and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20 day of March, 2013.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE